1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10

11    LHF PRODUCTIONS INC.,                    Case No.:  16-CV-1035-AJB-WVG
12                               Plaintiff,
                                              **ORDER TO SHOW CAUSE RE:**
13    v.                                       **PLAINTFF'S COUNSEL FAILURE**
                                              **TO FOLLOW COURT ORDER**
14    DOE-76.167.86.55,

15                               Defendants.

16

## I.      BACKGROUND

Plaintiff LHF Productions, Inc. ("Plaintiff") filed a Complaint against Doe-76.167.86.55 ("Defendant"), an Internet Protocol ("IP") address, that alleges a single cause of action for direct copyright infringement of the motion picture *London Has Fallen*. (ECF No. 1.) On September 6, 2016, Plaintiff filed an *ex parte* Motion For Discovery seeking to subpoena the subscriber of the IP address. (ECF No. 10.) Plaintiff attached two exhibits, (ECF Nos. 10-4, 10-5,) containing the name and contact information of the subscriber identified by Time Warner Cable, which the Court ordered to be sealed and the exhibits refiled with the identifying information redacted. (*See* ECF Nos. 12, 13.) In that same Order, the Court ordered Plaintiff to refer to the subscriber generally and "attach a separate exhibit [under seal] that includes the subscriber's identifying information in all future

1

1   filings until the alleged infringer(s) [are] identified." (ECF No. 12 at 2.)

2   On September 16, 2016, Plaintiff filed another *ex parte* Motion For Discovery that

3   was improperly redacted as the identifying information was still visible through what

4   appeared to simply be dark marker over the text. (ECF No. 14.) The Court rejected the

5   filing and ordered the document stricken from the record. (ECF No. 17.) The Court held a

6   conference call with Plaintiff's counsel where the Court explained the purpose of the order

7   to redact personal information and admonished counsel on the unprofessional attempt to

8   redact the document. The Court advised Plaintiff's counsel that he would be required to re-

9   file the motion with proper redactions of personal information. Plaintiff's counsel indicated

10  his complete understanding of what his responsibilities would be, not only in the present

11  case, but in all other cases involving this plaintiff.

12  On September 21, 2016, Plaintiff filed another ex parte Motion For Discovery that,

13  again, was improperly redacted. (ECF No. 18.) Accordingly, the Court rejected the filing,

14  ordered the document stricken from the record, and admonished Plaintiff's counsel that if

15  "any further documents [were] not properly filed, counsel will incur sanctions from the

16  Court." (ECF No. 21.) Plaintiff filed a properly redacted Motion on September 22, 2016.

17  (ECF No. 22.) The Court granted Plaintiff's motion on September 30, 2016 and, again,

18  ordered that any future reference to the subscriber be "generally in public filings" and to

19  "attach a separate exhibit" of the subscriber's identifying information under seal until the

20  alleged infringer(s) are identified. (ECF No. 25 at 3.)

21  Plaintiff filed a Motion for Extension of Time to File on October 28, 2016. (ECF

22  No. 30.) In the Motion, Plaintiff yet again identified the subscriber by name and provided

23  the subscriber's address. (*Id.* at 1, 2.) Accordingly, the Court ordered the Motion stricken

24  from the record for failing to follow a court order. (ECF No. 31.)

25  **II.    ORDER TO SHOW CAUSE**

26  Plaintiff's counsel has repeatedly failed to follow simple court orders requiring

27  sensitive personal information to be excluded from public filings.  Consequently, the Court

28                                                                2

1  issues an **ORDER TO SHOW CAUSE** as to why Plaintiff's counsel should not be

2  sanctioned for his failure to follow court orders.

3       On **<u>November 17, 2016</u>**, at **<u>8:30 a.m.</u>**, in Courtroom 2A of the above-entitled Court,

4  this Court will hold an Order to Show Cause ("OSC") Hearing. Plaintiff's corporate

5  representative and Plaintiff's counsel shall appear personally. Plaintiff counsel shall show

6  cause why he continually fails to follow court orders.

7       On or before **<u>November 4, 2016</u>**, Plaintiff's counsel shall file a Declaration in response

8  to this OSC Order explaining his failure to follow the Court's orders and showing cause

9  why sanctions should not be imposed. The Declaration shall not exceed **<u>five pages</u>**,

10  excluding exhibits.

11       **IT IS SO ORDERED.**

12  Dated:  October 31, 2016

13

14                                                        Hon. William V. Gallo
                                                          United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      3