James S. Davis CALBAR NO.207963
Email: Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LHF Productions, Inc.** | Case No.: 3:16-cv-01035-AJB-WVG |
| Plaintiff, | MOTION TO RESET HEARING ON ORDER TO SHOW CAUSE |
| v. | |
| **DOE-76.167.86.55,** | |
| Defendant. | |

I, James S. Davis, counsel of the defendant LHF Productions, Inc., request this matter be rescheduled to allow me to attend. This court has scheduled the hearing on the Court Order to Show Cause for November 17, 2016. From November 14-19, 2016, I will be out of state in Oregon. I have attached as exhibit #1 the plane ticket that was purchased prior to the Court's scheduling of this matter. I have filed the declaration in response to the Order to Show Cause as ordered by this Court. I am available From November 21, 2016, after 1:00 p.m. to December 2, 2016.

DATED: November 3, 2016.

/s/James S. Davis
James S. Davis CALBAR NO.207963
Jamesdee3080@msn.com
619-934-4600
Of attorneys for the plaintiff

MOTION TO RESET HEARING