UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LHF PRODUCTIONS INC.,<br><br>         Plaintiff,<br><br>v.<br><br>DOE-76.167.86.55,<br><br>         Defendant. | Case No.: 16-CV-1035-AJB-WVG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO RESET ORDER TO SHOW CAUSE HEARING**<br>**[ECF NO. 35]** |

  Before the Court is Plaintiff's Motion to Reset the Order To Show Cause Hearing from November 17, 2016 to a date from November 21 through December 2, 2016, due to previously scheduled travel plans. (*See* ECF No. 35.) For good cause shown, the Court **GRANTS** Plaintiff's Motion to reset the hearing. However, the Order to Show Cause hearing will occur sooner rather than later. The Court hereby ORDERS the Order to Show Cause hearing be continued to **November 9, 2016** at **10:00 a.m.** Plaintiff's corporate representative and Plaintiff's counsel are still required to appear personally. No further motions to continue the Order to Show Cause hearing will be entertained.

IT IS SO ORDERED.

Dated: November 4, 2016

                     Hon. William V. Gallo
                     United States Magistrate Judge