UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LHF PRODUCTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> DOE-76.167.86.55, <br><br> Defendant. | Case No.: 16-CV-1035-AJB-WVG <br><br> **ORDER AFTER ORDER TO SHOW CAUSE HEARING** |

On November, 1, 2016, the Court issued an Order to Show Cause ("OSC") why sanctions should not issue for Plaintiff's counsel, James Davis, for his continued failure to redact sensitive personal information in defiance of several court orders. (*See* ECF No. 32.) Mr. Davis was ordered to file a declaration in response to the OSC and a hearing was set for November 17, 2016. (*See id*.) On that same day, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41, noting the pending requirement of the Order to Show Cause. (*See* ECF No. 33.) Upon a request, and good cause shown, the Court vacated the November 17, 2016 OSC hearing and reset it for November 9, 2016. (*See* ECF No. 36.) On November 9, 2016, the Court held an OSC hearing where Mr. Davis appeared on his behalf and Mr. Carl Cole appeared on behalf of Plaintiff, LHF Productions, Inc.

Mr. Davis filed a declaration on November 3, 2016, in compliance with the Court's

order. (*See* ECF No. 34.) In his Declaration, Mr. Davis stated he "neglected to fully review the file" and the Court's orders to redact subscriber information. (Davis Decl. ¶ 7, ECF No. 34.) Mr. Davis further stated he understood "the gravity of failing to follow the orders of a court" and that he has "taken steps to prevent the action from happening again." (*Id*. ¶ 8.) At the OSC hearing, Mr. Davis advised the Court that these steps have resulted in a new policy where all personal information will be redacted in all filings for every case filed in the Southern District of California. Mr. Davis also indicated this case, along with another similar case, was voluntarily dismissed "in recognition of the significance of this issue and the errors to date…" (*Id*. ¶ 13, *see generally* 16-CV-1045-ABJ-WVG.)

The Court accepts the Declaration of Mr. Davis and the explanations provided at the OSC hearing as evidence that Mr. Davis understands the importance of the protection of personal information and strict adherence to court orders. The Court further acknowledges that Plaintiff moved to dismiss the case as a self-imposed sanction and, given this, will not issue additional sanctions. The Court again admonished Mr. Davis that any further failures to follow court orders, whether in this case or any other case before the Court with Plaintiff LHF Productions, Inc., will be met with severe sanctions.[1]

**IT IS SO ORDERED.**

Dated: November 15, 2016

Hon. William V. Gallo
United States Magistrate Judge

---

[1] Plaintiff LHF Productions, Inc. filed fourteen complaints against various Doe defendants, thirteen of which are before this Court, alleging similar copyright violations. Mr. Davis represents LHF Productions, Inc. in all of these matters and the orders set forth at the OSC hearing and in this order apply to all of the similar cases. (*See* 16-CV-999-AJB-WVG, 16-CV-1045-AJB-WVG, 16-CV-1157-ABJ-WVG, 16-CV-1158-ABJ-WVG, 16-CV-2131-ABJ-WVG, 16-CV-2132-ABJ-WVG, 16-CV-2136-ABJ-WVG, 16-CV-2143-ABJ-WVG, 16-CV-2145-ABJ-WVG, 16-CV-2288-ABJ-WVG, 16-CV-2451-ABJ-WVG, 16-CV-2452-ABJ-WVG.)